UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
KEVIN-PETER CONNERY,
                   Plaintiff,

          -against-

MTA POLICE OFFICER O-BRIEN,
                   Defendant.
------------------------------------------------------------- X

24 Civ. 7810 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for January 15, 2025;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

    **ORDERED** that the January 15, 2025, initial pretrial conference is **adjourned sine die**. It is further

    **ORDERED**, regarding settlement discussions, the parties' request for a referral to a settlement conference is **GRANTED**. The referral, and a referral for general pre-trial proceedings and dispositive motions, will issue in a separate order.

    The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: January 7, 2025
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE